LAURENCE L. ANGELO, ESQ., SB No.034528  (SPACE BELOW FOR FILING STAMP ONLY)
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ETNA and ALBERT BRANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>CITY OF ETNA, JOHN DOES 1-9, and ALBERT BRANSON, <br><br>　　　　Defendants. | Case No.: 2:08-CV-00882-FCD-EFB <br><br> **STIPULATION TO EXTEND DATE TO EXCHANGE INITIAL DISCLOSURES AND ORDER THEREON** |

## STIPULATION

WHEREAS, the Court, has heretofore set the date for the party's to exchange their initial disclosures by mail on or before October 20, 2008, and to exchange supplemental disclosures by mail on or before December 17, 2008; and

WHEREAS, the Plaintiff had a spinal procedure on October 4, 2008, and was therefore unable to exchange her initial disclosures by mail on or before October 20, 2008;

WHEREAS, the Plaintiff is recovering from her spinal procedure and may be having additional surgeries through December 2008;

///

///

1  NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that, with permission of the Court, the date to exchange initial disclosures by mail be continued to January 23, 2009 and the date to exchange supplemental disclosures by mail be continued to March 20, 2009.

Dated: November 8, 2008.

                                    */s/Kimberly R. Olson*
By: _____
    KIMBERLY R. OLSON
    Plaintiff

Dated: November 17, 2008.        ANGELO, KILDAY & KILDUFF

                                    */s/Carrie A. Frederickson*
By:_____
    LAURENCE L. ANGELO
    CARRIE A. FREDERICKSON
    Attorneys for Defendants

I:\LLA\OLSON V. CITY OF ETNA\PLEADINGS\Stip to extend initial disclosures.doc

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS ORDERED that the initial disclosure of all items described in Fed. R. Civ. P. 26(a)(1)(A), (B), (C) and (D) shall be exchanged by mail on or before January 23, 2009, while supplemental initial disclosures shall be exchanged by mail on or before March 20, 2009.

Dated: November 18, 2008

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE