LAURENCE L. ANGELO, ESQ., SB No.034528
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ETNA and ALBERT BRANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF ETNA, JOHN DOES 1-9, and ALBERT BRANSON,<br><br>               Defendants. | Case No.:  2:08-CV-00882 FCD EFB<br><br>**JOINT NOTICE OF SETTLEMENT AND FRCP RULE 41 DISMISSAL WITH PREJUDICE; ORDER** |

The Parties do hereby notice this Court that the case has been resolved by settlement agreement between the parties, and pursuant to Federal Rules of Civil Procedure, Rule 41, the above-entitled action and all parties named therein are hereby dismissed with prejudice.  Each side to bear its own costs.

Dated:  6/24/09

                                                                */s/ Kimberly Olson*
                                        By:_____
                                                 Kimberly Olson
                                                 Plaintiff

1

2  Dated: 7/10/09                                  ANGELO, KILDAY & KILDUFF

3                                                          */s/ Carrie A. Frederickson*
4                                                   By:_____
                                                          CARRIE A. FREDERICKSON
5                                                         Attorneys for Defendants

6

7

8  **IT IS SO ORDERED.**

9       Dated:  July 10, 2009

10

11                                                   _____
                                                          FRANK C. DAMRELL, JR.
12                                                        UNITED STATES. DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28